AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

Read Instructions on Back.

| # | Field | Value |
|---|---|---|
| 1. | NAME | Stephanie Lovell |
| 2. | PHONE NUMBER | (361) 683-0031 |
| 3. | DATE | 10-31-2018 |
| 4. | MAILING ADDRESS | 2707 Deer Street |
| 5. | CITY | Corpus Christi |
| 6. | STATE | TX |
| 7. | ZIP CODE | 78410 |
| 8. | CASE NUMBER | 2:17CR00506-001 |
| 9. | JUDICIAL OFFICIAL | Rainey |
| 10. | FROM | May 14 18 |
| 11. | TO | May 14 18 |
| 12. | CASE NAME | Cody Anthony Hernandez |
| 13. | CITY | Corpus Christi |
| 14. | STATE | TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

COURT USE ONLY
Southern District of Texas
FILED
NOV 07 2018
David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
All of May 14 18

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | | [x] TESTIMONY (Specify Witness) Timothy Allen | |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | | | |
| [x] BAIL HEARING | | | |

## 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] 1 | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE: Stephanie Lovell
19. DATE: 11-7-18

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY
☆ U.S. GPO: 1994-560-605